IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MILDRED F. JOHNSON, | ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv811-MHT |
| | ) | (WO) |
| CHILTON COUNTY COMMISSION, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Chilton County Commission's motion for summary judgment (Doc. No. 25) is granted.

(2) Judgment is entered in favor of defendant Chilton County Commission and against plaintiff Mildred F. Johnson, with plaintiff Johnson taking nothing by her complaint.

It is further ORDERED that all other outstanding motions are denied and all outstanding objections are overruled.

It is further ORDERED that costs are taxed against plaintiff Johnson, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of July, 2009.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE